ASTELLAS PHARMA, INC. and Boehringer Ingelheim Pharmaceuticals, Inc., Plaintiffs–Appellees,

v.

RANBAXY, INC., Ranbaxy Pharmaceuticals, Inc., and Ranbaxy Laboratories, Ltd., Defendants–Appellants.

No. 2007–1199.

United States Court of Appeals, Federal Circuit.

Nov. 6, 2007.

### ORDER

Defendants–Appellants Ranbaxy Inc., Ranbaxy Pharmaceuticals Inc., and Ranbaxy Laboratories Limited and Plaintiffs–Appellees Astellas Pharma Inc. and Boehringer Ingelheim Pharmaceuticals, Inc., having filed a consented Motion for an Order remanding the pending action to the District Court for further action by that court to effectuate a contingent settlement, and this Court having considered the consented Motion and for good cause shown, it is hereby,

ORDERED that the Motion is GRANTED. This case is remanded to the District Court.

William L. STOOTS, Petitioner,

v.

DEPARTMENT OF DEFENSE, Respondent.

No. 2007–3281.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2007.

William L. Stoots, pro se.

### ORDER

Petitioner having paid the required filing fee and having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 21 days from the date of filing of this order.